# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>MARCO POLO CORTES<br><br>_Defendant_ | )<br>)<br>) Case No. 14 MJ 0171 - WVG<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 01/30/2014

X _[signature]_
_Defendant's signature_

_[signature]_
_Signature of defendant's attorney_

Charles N. Guthrie, Bar # 76644
_Printed name and bar number of defendant's attorney_

121 Broadway # 531,
San Diego, California 92101
_Address of defendant's attorney_

charlesnguthrie@aol.com
_E-mail address of defendant's attorney_

(619) 230-8598
_Telephone number of defendant's attorney_

(619) 269-7180
_FAX number of defendant's attorney_