FILED

14 FEB 11 AM 8: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OB DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO POLO CORTES,<br><br>Defendant | Case No. 14MJ0171-WVG<br><br>ORDER FOR ADDITIONAL INFORMATION AND SETTING STATUS HEARING |

On January 21, 2014, a criminal complaint was filed against Marco Polo Cortes [the defendant] alleging a violation of 18 USC §371, conspiracy to commit offenses against the United State of America [CM/ECF Docket#1]. A warrant for the arrest of Marco Polo Cortes was issued and filed on January 21, 2014 [Docket #4]. The defendant was arrested and made his initial appearance in court on January 22, 2014 [Docket #6]. CJA Panel Attorney Charles N. Guthrie was provisionally appointed [Docket #6] pursuant to 18 USC §3006A. On January 28, 2014, Marco Polo Cortes filed, under seal, his financial affidavit using Form CJA 23 [Docket #14].

The Court has reviewed, in camera, the information that the defendant has submitted on Form CJA 23 and tentatively concludes that the defendant has sufficient funds to pay for at least a portion, if not all, of his attorney fees. To reach a final determination, the Court hereby orders Marco Polo Cortes to submit, in camera, a more detailed financial affidavit and any other reliable documentation by February 21, 2014.

1  The Court will hold a Status Hearing on the matter on February 27, 2014 at
2  3:00 pm.

4  IT IS SO ORDERED.

6  DATED: 2/10/14

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE