UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14MJ0171-WVG |
| Plaintiff, | ) ) | ORDER RE COUNSEL |
| v. | ) ) | |
| MARCO POLO CORTES, | ) ) | |
| Defendant | ) ) | |

On February 10, 2014, CJA Panel Attorney Charles N. Guthrie submitted an ex-parte application requesting to be relieved from the above captioned case. The Court has reviewed this application in camera. The ex-parte application shall be filed under seal.

The Court hereby grants Charles N. Guthrie's request to be relieved from the above captioned case. The Court randomly appoints CJA Panel Attorney Nancy B. Rosenfeld to the case. The Court's order entered on February 11, 2014 [CM/ECF docket #20] remains in full force and effect. Accordingly, Ms. Rosenfeld is ordered to submit to the court, in camera, documentation to support appointment of counsel in this case no later than February 21, 2014. The Status Hearing on the matter shall be held on February 27, 2014 at 3:00 PM.

//////////

//////////

-1-

|   |   |
|---|---|
| 1 | IT IS SO ORDERED |
| 2 | DATED: _____      _____ |
| 3 | HONORABLE WILLIAM V. GALLO |
|   | UNITED STATES MAGISTRATE JUDGE |